UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RACHEL SEBOLD**,

    **Plaintiff,**

v.

**ELECTRIC INSURANCE COMPANY**,

    **Defendant.**                      No. 13-cv-1000-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 4, 2015, this case is **DISMISSED** with prejudice.

                                JUSTINE FLANAGAN,
                                ACTING CLERK OF COURT

                                BY:      /s/*Caitlin Fischer*
                                          **Deputy Clerk**

Dated:   July 10, 2015

Digitally signed by
David R. Herndon
Date: 2015.07.10
13:05:03 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT